UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GRIMES,<br><br>    Plaintiff,<br><br>  v.<br><br>L.A. SHERIFF'S DEPARTMENT, et al.,<br><br>    Defendants. | CASE NO. CV 08-8330-JFW (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge.  The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected.  The Court accepts the Report and adopts it as its own findings and conclusions.

  DATED: May 9, 2013.

                 /s/ John F. Walter
                 JOHN F. WALTER
                 UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep r&r.wpd